United States District Court
Eastern District of Arkansas
Pine Bluff Division

Chris Ward  pro se                                                                    Plaintiff

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 18 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

V.                              civil action no. ___  5:16-CV-0119 KGB-JJV

Wendy Kelley, Stephen Williams, David White, unknown policy makers,     Defendants
Marvin Evans, unknown grievance people, Pearlie Johnson, J. Lowe,
K. McReynolds, unknown mailroom workers, unknown medical providers,
unknown medical providers policy makers, Michael Borchert, mr. Hepler,
unknown commissary workers, ms. Green, ms. Meadows, Taylor Landess,
David Knott, John Maples, unknown publication committee, Joshua Mayfield,
mr. Fulk, unknown money handlers, unknown classification committee members,
Raymond Naylor, Jada Lawrence, Fred Johnson, Terrie Banister, unknown people,
Brian Cockrell, Keith Waddle, Garry Jenkins, mr. Suell, ms. Austin, ms Coleman,
mr. Williams, Dexter Payne, Marshall Reed, Grant Harris, Mosses Jackson,
unknown liability insurance company(s), unknown hoe squad riders, mr. Self
unknown medical workers, Justine Minor, mr. Rickens, unknown maintaince workers,
Sandra Redwood, unknown commissary workers, unknown publication committee,,
Michael Andesson, Sheila Lowden, unknown notification offices, K9 officers,
unknown classification committee members, Asa Hutchinson

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

I. Jurisdiction and Venue

This civil action is authorized by 42 U.S.C. §1983, in violation of Amendment I, Amendment V, Amendment VI, Amendment VIII, Amendment XIII, Amendment XIV, 42 U.S.C. §2000cc, 42 U.S.C. §2000cc-1, 42 U.S.C. §2000cc-2, 42 U.S.C. §2000d-7, 42 U.S.C. §1981, 42 U.S.C. §1982, 42 U.S.C. §1985, 42 U.S.C. §1986, 42 U.S.C. §1994, 42 U.S.C. §1996, AR Const. Art. 2 §3, AR Const. Art. 2 §6, AR Const. Art. 2 §24, AR Const. Art. 2 §25, A.C.A. §16-123-105, A.C.A. §16-123-106, A.C.A. §16-123-107, A.C.A. §16-123-108, A.C.A. §25-15-214, A.C.A. §12-29-201, A.C.A. §23-79-210, and Articles 2, 4, 8, 18, 20, 23, 24, and 28 of the Universal Declaration of Human Rights. 28 U.S.C. §1367 gives this court supplement jurisdiction over the state claims.

II Plaintiffs

Chris Ward 651503          inmate                              Varner unit
PO Box 600
Grady AR 71644

## III Defendants

| # | Name | Title | Location |
|---|------|-------|----------|
| 1.) | Wendy Kelley | director | central office |
| 2.) | Stephen Williams | warden | tucker unit |
| 3.) | David White | warden | tucker unit |
| 4.) | unknown policy makers | unknown | unknown |
| 5.) | Marvin Evans | deputy director | central office |
| 6.) | unknown grievance people | unknown | central office |
| 7.) | Pearlie Johnson | inmate grievance coordinator | tucker unit |
| 8.) | J. Lowe | deputy warden | tucker unit |
| 9.) | K. McReynolds | manager | unknown |
| 10.) | unknown mailroom workers | unknown | tucker unit |
| 11.) | unknown medical provider | unknown | unknown |
| 12.) | unknown medical provider's policy makers | unknown | unknown |
| 13.) | Michael Borchert | officer first class | tucker unit |
| 14.) | mr. Hepler | coach | tucker unit |
| 15.) | unknown commissary workers | unknown | tucker unit |
| 16.) | ms. Green | sergeant | tucker unit |
| 18.) | ms. Meadows | correction officer | tucker unit |
| 19.) | Taylor Landers | corporal | tucker unit |
| 20.) | David Knott | lieutenant | tucker unit |
| 21.) | John Maples | sergeant | tucker unit |
| 22.) | unknown publication committee | unknown | tucker unit |
| 23.) | Joshua Mayfield | head chaplain | central office |
| 24.) | mr. Fulk | chaplain | tucker unit |
| 25.) | unknown money handlers | unknown | unknown |
| 26.) | unknown classification commitee members | unknown | tucker unit |
| 27.) | Raymond Naylor | unknown | central office |
| 28.) | Jada Lawrence | executive assistant to director | central office |
| 29.) | Fred Johnson | sergeant | tucker unit |
| 30.) | Terrie Banister | hearing officer | central office |
| 31.) | unknown people | unknown | unknown |

| # | Name | Title | Location |
|---|---|---|---|
| 32) | Brain Cockrell | sergeant | central office |
| 33) | Keith Waddle | hearing officer | central office |
| 34) | Garry Jenkins | correction officer | tucker unit |
| 35) | Mr. Suell | sergeant | tucker unit |
| 36) | Ms. Austin | unknown | tucker unit |
| 37) | Ms. Coleman | sergeant | tucker unit |
| 38) | Mr. Williams | unknown | tucker unit |
| 39) | Dexter Payne | assistant director | central office |
| 40) | Marshall Reed | chief deputy director | central office |
| 41) | Grant Harris | unknown | central office |
| 42) | Mosses Jackson | warden | tucker unit |
| 43) | unknown liability insurance company(s) | unknown | unknown |
| 44) | unknown hoe squad rider | sergeant | tucker unit |
| 45) | Mr. Self | major | tucker unit |
| 46) | unknown medical workers | unknown | tucker unit |
| 47) | Justine Minor | hearing officer | central office |
| 48) | Mr. Rickens | major | tucker unit |
| 49) | unknown maintaince workers | unknown | tucker unit |
| 50) | Sandra Redwood | inmate grievance coordinator | varner unit |
| 51) | unknown commissary workers | unknown | varner unit |
| 52) | unknown publication committee | unknown | central office |
| 53) | Michael Anderson | sergeant | tucker unit |
| 54) | Sheila Lowden | unknown | tucker unit |
| 55) | unknown notification officer | unknown | tucker unit |
| 56) | K9 officers | unknown | central office |
| 57) | unknown classification commitee members | unknown | varner unit |
| 58) | Asa Hutchinson | govenor | state capitol |

central office, 7500 correction circle, Pine Bluff AR 71603
tucker unit, 2500 State Farm Road, Tucker AR 72168
varner unit
state capitol, 500 Woodland st., Ste. 250, Little Rock. AR 72201

I am suing all defendants in both official and personal capacity.

3 of 19

## IV. Facts

) Arkansas Department of Correction (ADC) uses its inmates as slaves. We are slaves in many aspects, and ADC is a very oppressive master in many ways:

1.) We are not allowed to choose our jobs as to what we are good at or what we want to learn.
   A.) Unknown date, during classification I requested maintainance, explaining I want to learn maintainance skills to further my rehabilitation by giving me job skills I could take to the world and by becoming more self sufficient. Instead I was assigned to barracks porter/picketman.
      i.) This job assignment kept me in the ghetto, the squalid parts of tucker unit.
      ii.) Several times I requested a job change but was always denied by ms Green without being given a reason.
   B.) At times I was assigned to hoe squad without a hearing or even a notice that I was on hoe squad.

2.) We do not get paid for our work and face further punishment if we do not do the work they choose for us.
   A.) I do not get paid in money or meritorious good time.
      i.) Stephen Williams, Marvin Evans, and two unknown persons all had part in denying my grievance being deliberately indifferent to the violations and the injury being caused, having the power to fix these violations, did not allowing the violations to continue, furthering my injury.
   B.) Unknown date, I had a severe rash consisting of open sores on my penis. I chose not to go to work because of the pain. I was wrote a disciplinary and recieved punishment.
      i.) Five unknown people all had part in the disciplinary process that brought about my injury. All being deliberately indifferent to the issue and the injury, having the power to avoid or fix this violation, did not, allowing the violation to continue furthering my injury.
   C.) June 2, 2015, I did not go to work. I was wrote a disciplinary and recieved punishment.
      i.) Garry Jenkins, Keith Waddle, David White, Raymond Naylor, and Wendy Kelley all had part in the disciplinary process that brought about injury. all being deliberately indifferent to this issue and the injury caused, having the power to avoid or fix this violation, did not, allowing the violation to continue, furthering my injury.
   D.) Unknown date, I did not go to work. I was wrote a disciplinary and recieved punishment.
      i.) Unknown person and ms. Wilkins both took part in the disciplinary process that brought about injury. Both being deliberately indifferent to the issue and the injury, having the power to avoid or fix this violation, did not, allowing the violation to continue furthering my injury.

3) We are not always given the proper equipment for work.
   A.) Unknown date, commissary would not allow me to buy work gloves for hoe squad.
      i.) Unknown person and Stephen Williams both had part in denying my grievance, being

deliberately indifferent to the violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) March 2015, due to not being adequately equipped I recieved a painful sunburn. A sunburn ADC refused to treat.

4.) We are not allowed to do things to better oneself and/or one's situation.

  A.) March 12, 2015, I was denied vo-tech by K. McReynolds. His reason was my release date was too far away.
     i.) David White and Marvin Evans both had part in denying my grievance, being deliberately indifferent to the violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
  B.) June 2015, my paralegal course booklet was withheld for about a month, without notice, by the mailroom.
     i.) Unknown person and David White both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue furthering my injury.
  C.) June 29, 2015, I was denied 309 by Roy Agee. His reason was my release date was too far away.

5.) We are not allowed to conduct bussiness as free men.

6.) We are forced to be dependent on the state.

  A.) Everytime I was put on restriction or punitive I was forced to eat the state food.
     i.) Unknown person and Pearlie Johnson both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
  B.) Many units do not allow the purchasing of personal clothing.

7.) We are not always given proper medical attention.

  A.) Unknown date, I had a severe painful rash consisting of open sores on my penis, yet medical refused to give me an excuse for missing work.
  B.) Unknown date, 2012, I was seen as a walk-in, by medical, for food poisoning, but I wasn't tested or treated, nor was I given an excuse for work like the others.
  C.) Unknown date, 2015, I had a painful sunburn. I was seen as a walk-in yet medical refused to treat me saying ADC does not treat sunburns.
     i.) Stephen Williams, and Marvin Evans both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

8.) We are not allowed to view our own file.

  A.) October 2012, twice I was denied, by Ms. Polk, to view my file.
  B.) October 20, 2012, I was denied by Stephen Williams to view my file.
  C.) February 2016, twice I asked Mr. Budnik to view my file. I take his nonresponce as denial.

9.) We are housed in poor conditions with faulty and/or broken equipment.

A.) At Tucker nearly every barracks has some issue. 4B, the ceiling leaks. 5A and 5B, the shower leaks. 7A, the 190° is broke. Most barracks don't have headphone jacks. West isolation has ants and mice really bad. And the list goes on...
  i.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
B.) June 2015, I was in punitive isolation, it was so hot I got headaches and my vision would blur.
  i.) Unknown person and Pearlie Johnson both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
  ii.) June 19, 2015, while in punitive isolation, Ms Meadows blocked the bottom of my door, blocking the only air flow. I asked her why and she stated she didn't know.
  iii.) June 26, 2015, unknown woman turned off the exhaust fan stopping the air flow.
10.) We are kept from our support system and kept from knowing what's going on outside these walls.
  A.) Many times commissary would not sell me batteries due to being on restriction. Headphones and radio/mp4 are also not allowed to be purchased while on restriction. This is an issue because without all three one can not listen to the news.
    i.) September 30, 2012, Mr. Hepler broke my headphones during shakedown. The headphones were not replaced nor was I allowed to buy new headphones.
    ii.) Around Christmas 2014, my radio was stolen, I reported this to L. Johnson. Yet I was not allowed to buy another radio.
    iii.) Unknown person, Stephen Williams, and Marvin Evans all had part in denying my grievances, being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue furthering my injury.
  B.) With the mail and phone being censored I can not freely express myself or fully communicate with my support team for fear of being punished.
    i.) Unknown person, Pearlie Johnson, David White, and Marshall Reed all had part in denying my grievances being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
  C.) Unknown date, I recieved a supplement punishment of a year of no contact visits, by the warden, without a hearing.
    i.) Sandra Redwood and Marshall Reed both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
  D.) January 13, 2016, commissary would not sell me envelopes. The custom is people on punitive status are not allowed to buy envelopes here at Varner unit super max. This kept me from my support team (friends, family, religious advisors) and delayed my mailing legal mail.
    i.) Unknown person and another unknown person, both had part in denying my grievance being

deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

E.) Punitive isolation does not offer any type of news, in fact ADC does not allow news to people on punitive.
   i.) Unknown person and David White both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation did not, allowing the violation to continue, furthering my injury.

11.) We are not allowed sexual relations.

12.) We are limited as to what and how much property we are allowed.

13.) We are forced to live with violence, to remain in violent situations or be punished.
   A.) There is a big issue with certain inmates constantly masterbaiting openly everywhere, anywhere
      i.) I have asked that they not do it in my presents only to be met with violence and/or threats of violence.
      ii.) I have made several reports and filed grievances to no avail.
      iii.) Unknown person and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
   B.) November 2015, inmate Johnson 658843 came into my room and told me I had to pay to stay, threatened violence, then started giving my belongings away, nearly $100 of commissary
      i.) He had access to my belongings due to my box not having a hasp.
      ii.) I filed the paperwork, called witnesses, yet my belongings was not looked for or replaced.
      iii.) Unknown person and David White both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
      iv.) I would later see him around the unit and he would continue to threaten violence.
   C.) November 23, 2015, I was told I was to move to 3B. I informed Michael Borchert and Michael Anderson that I had an enemy in that barracks and I would not be safe in that barracks. I was told to move anyway or face punishment.
      i.) Michael Borchert, Justine Minor and David White all had part in the disciplinary process that brought about my injury. All being deliberately indifferent to the issue and the injury caused, having the power to avoid or fix this violation, did not, allowing the violation to continue, furthering my injury.
      ii.) Unknown person and Pearlie Johnson both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.
   D.) December 16, 2015, I was told I was to move to 4B. I informed Taylor Landers, John Maples and David Knott that I was recently removed from that barracks for my safety by cpt. Moore. David Knott then told me to move there anyway or recieve a disciplinary.

i.) Taylor Sanders, Keith Waddle, David White, Raymond Naylor, and Wendy Kelley all had part in the disciplinary process that brought about my injury, all being deliberately indifferent to this violation and the injury being caused, having the power to avoid or fix this violation, did not, allowing the violation to continue, furthering my injury.

ii.) Unknown person and Pearlie Johnson both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

14.) What we are allowed to read/view is censored and/or withheld.

A.) February 2014, I had an open case for which I was sent videos. I was told by cpt. Bailey that ADC doesn't allow inmates to view video.

i.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) Even though we are adults, we are not allowed pornography.

i.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

ii.) Even scantly clad is enough for denial, or two same sex people hugging or holding hands, citing homosexuality. Yet cherubs are acceptable.

C.) October 20, 2014, I was denied "The Witches' Bible" by two committees, citing nudity.

15.) We are only permitted to worship in the religions they have available to us, not allowing me the tools, space, and fellowship need to practice my chosen religion.

A.) There are policies in place that clearly show ADC has established a chosen religion.

i.) 23.2.1 (VII)(A)(1), says the chaplain is to be a man of God. 23.2.1 (VI)(A)(2), says the chaplain is not authorized to conduct services that are not of their denomination. 605 says inmates cannot conduct services (except muslims because of a court order). 23.2.1 (VI)(B)(2) says the chaplain shall minister to every inmate.

ii.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) There are several programs that promote christiananity. Thes programs have their own barracks, the inmates in these programs are given special benifits and excemptions to some rules.

i.) In these programs anything occult, which is a main tenet of my religion, is not allowed.

ii.) Joshua Mayfield, Stephen Williams and Grant Harris all had part in denying my grievances being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue, furthering my injury.

C.) I have been kept from the fellowship I need to perform rites, rituals and other celebrations that will enhance my rehabilitation and keep me on the road to enlightenment.

i.) I started putting in requests in 2012 to the wardens and Joshua Mayfield, all denied.

ii.) Joshua Mayfield, Stephen Williams, Marvin Evans, Pearlie Johnson, Grant Harris, David White and Dexter Payne all had part in denying my grievances, all being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue, furthering my injury.

D) I am not allowed the tools required to perform rites, rituals, other celebrations and magick that will enhance my rehabilitation and keep me on the road to enlightenment.

i.) Many of the tools required are allowed to other people for nonreligious reasons.

ii.) Unknown person, Stephen Williams, Pearlie Johnson, Marvin Evans, David White, chaplain Fulks, Dexter Payne, and two more unknown persons all had part in denying my grievances, all being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue, furthering my injury.

(6.) We must endure our masters' misdeeds, their lying to us, harshly using profanity to belittle and intimidate us, taking and tearing up our property, and other violations adding to the totality of conditions

A.) September 30, 2012, Mr. Hepler broke my headphones during shakedown, it was then lied about and dismissed.

i.) Unknown person, and Stephen Williams both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) Around December 2012, there was a memo posted about the money system being messed up. During that time my mother mailed a $60 money order that I never recieved. The money handlers knew of an issue with the system yet still desided to ignore and dismiss my report, rather than to help me with this issue.

i.) Unknown person and Stephen Williams both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

C.) 2014, I was on gate pass for some months, during that time I had a magazine subscription. The months I was gone on gate pass the mailroom is to hold my mail. When I got back to the unit I did not recieve the magazines that came while I was gone. I believe the mailroom kept my magazines.

i.) Stephen Williams and Grant Harris both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

D.) December 19, 2014, David Knott was drug testing, during this time I observed he never changed gloves, there were several positives before me. When he opened the test he was to use for me, I seen his glove touch the part that was to go into my sample. I said something to him about it, he responded, "it doesn't matter."

E.) April 15, 2015, I was turned down for class, by classification, saying it was due to my

having facial hair. Yet I was within policy. And a black inmate, Rokiosi Humphrey, had more facial hair than me yet he got his class.

   i.) Unknown person and Pearlie Johnson both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation did not, allowing the violation to continue, furthering my injury.

F.) April 15, 2015, I was wrote a disciplinary that I recieved on April 23, 2015. Rokiosi Humphrey a black inmate also recieved a disciplinary for the same reason, on the same day by the same person, we went to the disciplinary hearing on the same, and even had the same hearing officer. Yet we recieved different punishment. I recieved 30 days punitive, he recieved 15 days restriction.

   i.) John Maples, Justine Minor, David White, Raymond Naylor, and Wendy Kelley all had part in disciplinary process that brought about my injury, all being deliberately indifferent to this violation and the injury, having the power to avoid or fix this violation, did not, allowing the violation to continue, further my injury.

   ii.) Pearlie Johnson and Marvin Evans both had part in denying my grievance, being deliberately indifferent to this violation, having the power to fix this violation, did not, allowing the violation to continue furthering my injury.

G.) The constant light, the extreme amount of light, even after "lights out" is a way to mess with our sensory, pschycological warfare on our minds. "Lights out" is only from 10:30 PM to 4 AM, but very often the lights get turned on at breakfast chow which is earlier.

   i.) J. Lowe, Marvin Evans, Pearlie Johnson, and Dexter Payne all had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

   ii.) August 14, 15, 16, and 25 of 2015, Fred Johnson left the lights on all night as a form of corporal punishment for which we recieved no hearing. He blamed inmate Atkins. He would also slam the door shut every time he did a walk through.

H.) May 26, 2015, the K9 people were shaking down a buddy's rack without him being present. The K9 person was holding an envelope and asked, "who's Stewart Vest." I answered that he was an attorney. The K9 person then ripped the envelope up. I spoke up saying, "what are you doing, that's legal mail." To which he responded by telling me to "catch your rack" and shaking me down

   i.) I was taken to the hole only to be released later, but when I recieved my property I was missing several things, including: a laundry bag with 2 t-shirts, 2 pair of socks and some state issued cloths, 5 photos, lotion, some notes I was taking, envelopes, 4 highlighters, 3 pens, 4 batteries, 2 magazines, and insoles.

   ii.) Unknown people had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

I.) December 2015, inmate counsel and churches put together Christmas bag for the inmate population. Every package was roughly the same except the ones mr. Self passed out in West

isolation. ~~Mrs. Seth decided to take out the socks from our Christmas bag.~~

  i.) Unknown person and David White both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

J.) January 27, 2015, David Knott took my radio, he singled me out of a group of inmates and ordered me to give him my radio. I asked him why, to which he responded "move around." In responce to my grievance he stated it was because in another grievance I stated I did not have a radio. He took my radio because I filed a grievance. This is when David Knott really started retaliating against me.

  i.) Unknown person and Stephen Williams both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

K.) It started June 17, 2015. In the presence of David Knott I was informing other inmates about how the "72" that David Knott like so much is illegal. June 19, 2015, I was brought paperwork about being assigned ad-seg. Later that same day the air flow of my cell was blocked by a guard, saying she didn't know why. June 22, 2015, I was told to pack my property, I was to be shipped. I did not get shipped, nor did I get my property back, for almost 72 hours I was housed with no property, no religious text, no legal work, not my addresses, not even a toothbrush, only my bedding and what I had on. Finally late June 24, 2015, I was allowed my hygiene back, but only my hygiene. Then June 27, 2015, I got Ms. Coleman to bring some of my legal work. June 28, 2015, I asked Ms Coleman to let me have my address book, dictionary, and the rest of my legal work, she responded, "Now you're asking too much." So I asked if she'd get my religious text, she asked me what kind, I told her, she then said she didn't want to touch it for fear of of being hexed. June 29, 2015, I was given my property.

  i.) June 22, 2015, while being "inventoried" the following was taken without a hearing: mp4 case, watch, ruler, book, glasses case, 10+ batteries, voodoo doll, 3 finger nail clippers, net hygiene bag, shower shoes, deoderant, headphone frames, 3 pencils, 2 erasers, and a hand crafted pentacle. And the porters kept whatever they wanted of my stuff.

  ii.) During this time my mail was withheld from me, making me miss deadlines on grievances TU-15-00417 and TU-15-00457

  iii.) During this time due to my not having control over my property I was not able to meet deadlines on grievances TU-15-00531 and TU-15-00506

L.) December 3, 2015, I was given 15 days punitive by the hearing officer. Someone, I believe it to be David Knott or someone under his direction, changed it in the computer from 15 days punitive to 30 days punitive. I showed serveral people the paperwork proving I only had 15 days punitive, explained how my charges carries a max of 15 days, and even filed a grievance all to no avail.

  i.) During this time my mail and legal supplies were withheld from me. Also due to this

I was refused my Christmas package and other commissary.

ii.) Unknown person and David White both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

M.) December 31, 2015, to further retaliate against me I was shipped to the supermax. While I was being inventoried I informed mr. Williams that I had property in the chapel and I had a christmas package in commissary. I was told I would be shipped without it. Before being shipped I also informed mr. Rickens.

    i.) R. Watson, and Dexter Payne all had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

17.) The disciplinary process is so slanted as to make it where the inmate has no chance of defending himself against his masters.

A.) December 30 or 31, 2014, I was served a disciplinary and was to go to the hearing January 8, 2015. While at the hearing I was served an altered form of the same disciplinary, one which I was not allowed to call witness. I was told by ms. Lowden that the witness lists were already final.

    i.) Pearlie Johnson and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) January 9, 2015, I had a disciplinary hearing and was found guilty. Later that same day I appealed to the warden, he affirmed. January 17, 2015, I appealed Raymond Naylor, he did not respond. February 20, 2015, I appealed to the director. April 24, 2015, I recieved a responce from both Raymond Naylor and Jada Lawerence both denying my appeal. Jada Lawerence said I was denied because I skipped step 2 (Raymon Naylor), her responce was dated March 4, 2015. Raymond Naylor said I was denied too, his responce was dated March 23, 2015. red flag. April 26, 2015, I again appealed to the director. Again my appeal was denied.

    i.) David Knott, Terrie Banister, Stephen Williams, Raymond Naylor and Jada Lawerence all had part in the disciplinary process that brought about my injury, being deliberately indifferent to the violation and the injury caused, having the power to avoid or fix this violation, did not, allowing the violations to continue, furthering my injury.

    ii.) My grievance was not responded to each receipt not being returned.

C.) April 15, 2015, I was going to law library and evidently I dropped some envelopes without noticing. Another inmate picked them up and caught up to me when John Maples had detained me. The inmate then returned my envelopes to me. John Maples then confiscated my envelopes. To further my injury he then wrote me a disciplinary for another inmate returning my own envelopes to me. Citing contraband.

i.) John Maples, Justine Minor, David White, Raymond Naylor, and Wendy Kelley all had part in the disciplinary process that brought about my injury, being deliberately indifferent to this violation and the injury caused, having the power to avoid or fix this violation, did not, allowing the violation to continue, furthering my injury.

ii.) Pearlie Johnson and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

D.) There is a policy or custom that only allows the inmate to name witnesses at the time when the disciplinary is served, not allowing the inmate time to investigate who may of been a witness. And witness can not be added or called later.

i.) This was an issue in two of my disciplinaries, the April 15, 2015, and May 26, 2015, disciplinary hearings.

E.) There is policy or custom that does not allow inmates to view any statement made by anyone, making it difficult or impossible to defend oneself at disciplinary hearings.

i.) This has been an issue in all my disciplinary hearings.

F.) There is policy or custom that does not allow inmates to view any of the tangable evidence against onself, not even the pictures of the evidence or any other type evidence that the hearing officer may or may not view. This makes it impossible to defend oneself at the disciplinary hearings.

i.) This has been an issue in all my disciplinary hearings.

G.) The hearing officers do not always view all the witness statements, this is evident by the time, or rather the lack of time, between the end of the inmate statement and the finding of guilt, that is the time when witness statements are read.

i.) This has been an issue in all my disciplinary hearings.

ii.) January 11, 2016, during my hearing with Keith Waddle, I gave my statement, he then pushed a button, took a big gulp of soda, pushed the button and said I was guilty.

H.) The hearing officers have a custom of finding nearly 100% of inmates guilty. Even telling many "get it back on appeal". This custom is proof that the hearing officers are not impartial.

i.) This has been an issue in all my disciplinary hearings.

I.) December 3, 2015, I was found guilty of a charge I wasn't even charged with.

i.) Justine Minor and David White both had part in denying my appeal causing injury, being deliberately indifferent to this violation and the injury, having the power to avoid or fix this violation, did not, allowing the violation to continue, furthering my injury.

ii.) Pearlie Johnson and Marshall Reed both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

J.) After being found guilty, the hearing officers nearly always gives "FI report accepted" or "005 from staff supporting FI report". FI report is the disciplinary itself. Never seeing a 005

I do not know what it is which is my point. Not knowing what evidence was relied upon makes it impossible to defend oneself on appeal.

    i.) This has been an issue with all my disciplinary appeals.

K.) There is policy or custom that an unknown person will short stop the disciplinary appeal before the warden, the intended person, gets to view and deside the appeal's merit. This person will rubber stamp nearly the same answer, sometimes even verbatim. This negates the appeal process from the begining.

    i.) This has been an issue with some of my disciplinary appeals.

L.) Step 2, Raymond Naylor, of the disciplinary appeal process rarely responds, then never in the time frame. I believe this is his way to discourage inmates from exhausting the appeal process.

    i.) Once Raymon Naylor even denied I even sent in an appeal, though I did.

    ii.) Pearlie Johnson and Marshall Reed both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

M.) December 16, 2015, was the day of incident. Policy states the inmate is to be to the hearing within 7 bussiness days. December 29, 2015, 8 bussiness days later I was served a 5 day extention. January 7, 2016, the day after the extention expired. I filed a grievance stating several incidents of retaliation. Later this day I was served another extention. Twice my disciplinary expired, yet they still send me to the disciplinary hearing to recieve punishment.

    i.) David White signed off on the first extention. Mosses Jackson signed off on the second.

N.) I have grieved these issues and I have wrote letters to Wendy Kelley about these and several other violations, all to no avail. There is policy or custom that denies anything to do with the disciplinary process, they use this as an umbrella to deny many grievances.

    i.) Sandra Redwood and Marshall Reed both had part in denying my grievance being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue, furthering my injury.

18) The grievance procedure is so slanted as to making it impossible to recieve merit no matter how blantantly the policy, statutes, Amendments or any other law is violated.

A.) Some officers will refuse to take grievances in hopes the inmate will be frustrated and not further the grievance.

    i.) Fred Johnson being the only working sergeant in west isolation, refused to take grievances

    ii.) Unknown person and Pearlie Johnson both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

B.) Many times the grievance will not be returned in hopes the inmate will become frustrated and give up or mess up. This also messes up the time line, making the grievance get denied for being untimely, which keeps the inmate from exhausting the process.

C.) Pearlie Johnson will short stop many grievances and deny them without considering merit.
  i.) This has been an issue many times for me.
D.) Issues will be lied about by officers and no matter what the inmate says we will not be believed
  i.) This has been an issue many times for me.

19.) And all the nit picking that's being done out of spite to show ownership, and the keeping of inmates in servitude, and other violations. adding to the totality of conditions.
  A.) 2013, I was kept in an open barracks with the troublemakers even though I had my class. At tucker one of the privalages of class is a cell.
    i.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation did not, allowing the violation to continue.
  B.) 2015, I was not allowed to participate in special projects such as buying pizza or taking photos. I was denied due to my being class 4, yet many other class 4 inmates were allowed to participate in special projects. I believe it was in retaliation for the grievances I was writing around that time.
    i.) Unknown person, Stephen Williams, Marvin Evans, and Pearlie Johnson all had part in denying my grievances, being deliberately indifferent to this violation and the injury being caused having the power to fix this violation. did not, allowing the violation to continue furthering my injury.
  C.) While on punitive or restriction many hygiene products are not allowed to be purchased by inmates, products such as floss or q-tips amoung several other items.
    i.) Unknown person and David White both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the issue to continue. furthering my injury.
  D.) Three times, for spiteful reasons, I was not allowed to go to commissary. June 12, 2015, July 9, 2015, December 23, 2015.
    i.) Unknown person, David White, and Marvin Evans all had part in denying my grievances, being deliberately indifferent to these violations and the injury being caused, having the power to fix these violations, did not, allowing the violations to continue, furthering my injury.
  E.) May 26, 2015, the K9 people took alot of my stuff, including my pillow. I explained this to mr. Suell and asked him for another pillow. At first he said there were no pillows, to come back another time. Soon after I see inmates coming from the laundry with new pillows. I catch mr. Suell in the hallway again explained the situation again and asked for a pillow. He then told me to go away and that he was not going to give me a pillow.
    i.) Unknown person and David White both had part in denying my grievance, being deliberately indifferent to these violations and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

F.) Unknown date, I was given altered boxers from laundry, these boxers began to fall apart so I requested new ones. At first my request was denied stating I was to only get new boxers every three months. A few other requests were ignored. One request was sent back stating laundry did not have boxers my size. By then my boxers were mere rags, not wearable so I filed a grievance.
  i.) Unknown person and David White both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

G.) Under the guise of security we are not allowed under our blankets between 7AM to 4PM no matter how cold it is. This rule serves no purpose but to harass and show ownership over the inmate.
  i.) Stephen Williams and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

H.) Under the guise of security we are not allowed to shower as needed if as needed is before 4pm no matter the reason or the fact the shower is in the barracks. This rule serves no purpose but to harass and show ownership over the inmate.
  i.) J. Lowe and Marvin Evans both had part in denying my grievance being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

I.) Under the guise of security we are not allowed to take our shirts or shoes off during outside recreation. Both being ways I connect to the powers of the Great Architect. This rule serves no purpose but to harass and show ownership over the inmate.
  i.) David White and Marvin Evans both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

J.) January 26, 2016, I was assigned to administrative segregation (ad-seg) for reasons that do not hold merit. The reasons given are rubber stamp reasons that do not apply to me. The real reason is due to my grievances, and the fact I am challenging policies. This furthers the retaliation I recieved at tucker unit.

20) Supervisor liability.
  A.) I have corresponded several times with Wendy Kelley, advising her of these ongoing violations. I avised her she would become party if she continued to neglect to prevent these violations.
  B.) Stephen Williams, David White, and J. Lowe all have been notified of the violations through the grievance procedure and neglected to prevent the violations from continuing.
  C.) Marvin Evans answering most my grievance was well informed of the many violations occuring, yet neglected to prevent the violations from continuing.

D.) Unknow ~~Joess, Marshall, Reed,~~ and ~~Doctor~~ Payne answering my grievances were aware of the violations occuring, yet neglected to prevent the violations from continuing.

E.) Joshua Mayfield and I have communicated greatly and not only did he neglect to prevent violations, he helped the violations to continue.

F.) The liability insurance company(s) are liable for all ADC's actions.

G.) I sent a form of this complaint to Asa Hutchinson on March 16, 2016 with a letter asking for help.

H.) All policy makers are liable as to how the policies are inforced and how the policies effect the inmates.

I.) David Knott is liable as he gave some of the orders that led to the violations of my rights.

21.) Supplement of the totality of conditions

A.) The law library at Varner supermax does not always sends me what I requested, instead they will send random paperwork. This has kept me from getting the information I needed to write my complaint to my fullest ability. It will also keep me from being able to properly respond to future motions.

   i.) both had part in denying my grievance, being deliberately indifferent to this violation and the injury being caused, having the power to fix this violation, did not, allowing the violation to continue, furthering my injury.

## V Exhaustion of Legal Remedies

Plaintiff Ward did use and exhaust the grievance procedure. Plaintiff also directly corresponded with the heads, warden White to no avail, to director Kelley to no avail, to governor Hutchinson to no avail. I even sent this complaint, with a time frame, to the later two in hopes these matters could be resolved, to no avail.

The Prayer of Relief

) Granting plaintiff Ward a declaration that the acts and omissions described herein violate his rights under the Constitutions, under the laws of the United Nations, United States, and Arkansas.

) A preliminary injunction ordering ADC the following:
A.) Allow me my tarot cards and runes.
B.) Allow me to meet with other Pagans once a week to discuss religion.
C.) Not to force me to work.
D.) Have the law library to let me order up to fifteen cases a week.

) A permanent injunction ordering the following:
A.) Allow the Pagan inmates to conduct our services on meaningful days and nights, and allow the inmates the tools needed to conduct these services, and the items needed to conduct magick.
B.) Not to force the inmates to work under threat, but to pay the inmates who choose to work.
C.) Allow the inmates to view all the evidence available when going to hearings. And allow the inmate time to investigate before naming witnesses.
D.) Find more ways to offer rehabilitation and ways to make integration into society smoother, like more job training like vo.techs, and more emphasis on job readiness and job training.
E.) Fix the programs s.a.t.p. and t.c., make them more about self-recovery and take out the peer accountability which make the program like an episode of "big brother."
F.) Allow us to conduct bussiness as freemen, such as buy and sell stock or run bussinesses.
G.) Allow us access to our file every three months, or allow us a copy of our file.
H.) Do away with restriction.
I.) Quit reviewing my outgoing mail and phone calls.
J.) Allow pornography.
K.) Overturn all my disciplinaries.
L.) Actually review all grievances and consider them for merit.
M.) Eliminate all the petty rules that do not actually serve legitamate security concerns.
N.) Change the way security levels are set. Do not judge the inmate by the amount of his sentence but by his actions. And set the units up accordingly.
O.) Do something about the indecent exposure epidemic.
P.) Allow consentual sex amoung inmates.
Q.) Make more cells and do away with the open barracks.
R.) Give us more room for property.
S.) Make the policies more readily availible.
T.) And any other injunctions the court deems fitting, just or proper.

) I want $50,000 in compansory damages from each defendant seprately.

5.) I want $100,000 in punitive damages from the following defendants seperately: Wendy Kelley, Marvin Evans, David Knott, John Maples, Joshua Mayfield, Dexter Payne, Marshall Reed, Grant Harris, the unknown grievance officers, chaplan Fulk, Raymon Naylor, any relevant unknown policy maker, any person found to have retaliated against me, Fred Johnson, Mosses Jackson, Steven Williams, David White, and Pearlie Johnson.

6.) I want $50,000 in punitive damages seprately from the rest of the defendants not named above.

7.) Plaintiff seeks recovery for costs of this suit.

8.) Any additional relief the court deems just, proper and/or equitable.

1.) Plaintiff seeks a jury trial for all issues triable by jury.

Dated: _____

Respectfully Submitted

Chris Ward 651503
PO Box 600
Grady AR 71644

## Verification

I have wrote the foregoing complaint and hereby verify that the matters alleged therein are true except matters alleged on information and belief, as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct.

Executed at Grady, Arkansas on _____

Chris Ward

19 of 19